IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JOSHUA J. LEPORE,**

    **Petitioner,**

v.                                                                     Case No. 1:24-cv-110-AW-MJF

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge has issued a report and recommendation concluding the § 2241 petition should be dismissed based on Petitioner's failure to exhaust state remedies. ECF No. 10. Petitioner has filed no objection to the report and recommendation.

Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice based on Petitioner's failure to exhaust state remedies." The clerk will then close the file.

SO ORDERED on October 24, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge